

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2024

No. 04-23-00432-CR

**EX PARTE** Jorge Luis **VAZQUEZ PEREZ**

From the County Court, Kinney County, Texas
Trial Court No. 12228CR
Honorable Susan D. Reed, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, we DISMISS Jorge Luis Vazquez Perez's appeal of the denial of his application for pretrial writ of habeas corpus for want of jurisdiction.

It is so **ORDERED** on October 16, 2024.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2024.

_____
Luz Estrada, Chief Deputy Clerk